UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YING SHEN, ET AL.,

                    Plaintiff,                          26-cv-3460 (JGK)

        - against -                                     Order

JIANGCHENG YUAN, ET AL.,

                    Defendants.

**John G. Koeltl, District Judge:**

As discussed at the telephone conference held today, the parties agree that this case should be remanded to state court. The Clerk is therefore directed to remand this case to the Supreme Court of the State of New York, New York County. The Clerk is also directed to close all pending motions and to close this case.

SO ORDERED.

Dated:    New York, New York
          May 14, 2026

                                        _____
                                        John G. Koeltl
                                        United States District Judge